

EXHIBIT B



EXHIBIT B



EXHIBIT B