# MOSAIC
PO Box 820
Scottsdale, AZ 85252

**BILLING STATEMENT**

Loan Number 

Statement Date  08/19/2024



## Account Information

| | | | |
|---|---|---|---|
| Promotional Period End Date | 11/17/2024 | Monthly Payment | $0.00 |
| Original Loan Amount | $72,100.00 | Past Due | $0.00 |
| Advances | $72,100.00 | Fees | $0.00 |
| Principal Payments Made | $0.00 | Monthly Payment Due | $0.00 |
| Outstanding Principal Balance | $72,100.00 | Suggested Payment* | $24,033.34 |
| Accrued Interest | $3,918.56 | Suggested Payment Date* | 08/17/2024 |

## Payment Information

*There is no payment required at this time. However, making the Suggested Payment amount shown on your Billing Statement each month during the promotional period will allow you to pay off your Original Loan Amount in full by the Promotional Period End Date and if you pay off your Original Loan Amount in full by the Promotional Period End Date, you won't have to pay any accrued interest.

If you have elected to pay by check, please tear along the perforation, fill out the coupon and return it with your payment check. Make sure your check is payable to Mosaic. You can also log into your online borrower account at joinmosaic.myaccountinfo.com to view your loan balance or schedule a payment for the date of your choosing.

*Late Charge: If a payment is more than fifteen (15) days late, we will charge you a non-refundable late fee of no more than 5% of the amount due or ten dollars ($10), whichever is less.

**QUESTIONS? COMMENTS? WE'RE HERE TO HELP**
loanservicing@joinmosaic.com or 866-493-6367

Visit joinmosaic.myaccountinfo.com with the loan number listed above to access your account 24 hours a day.

---

Please return portion below with payment or log on to joinmosaic.myaccountinfo.com to make your payment online

MOSAIC
PO BOX 78080
PHOENIX, AZ 85062-8080

| Loan Number | Suggested Pmt Date | Suggested Payment |
|---|---|---|
| XXX | 08/17/2024 | $24,033.34 |

Make Checks Payable To: MOSAIC

☐ **Address Changes**
Check here if your address has changed. Note changes below.

🖥 **Pay Online**
joinmosaic.myaccountinfo.com

Please Remit Payment in US Dollars To:

MOSAIC.HI.STMT.PROMO2 ▲ - 000608 B6
Sheila Simmons
145-04 LAKEWOOD AVENUE
QUEENS NY 11435

MOSAIC
PO BOX 78080
PHOENIX, AZ 85062-8080

**EXHIBIT C**

1210002480421811878400544865280005583200056829