DocuSign Envelope ID: 2F4B77AC-36AE-4A53-B8BF-B74277945E29
Case 1:24-cv-07129-BMC    Document 8-4    Filed 11/25/24    Page 1 of 1 PageID #: 101
THIS IS A COPY
The Authoritative Copy of this record is held at na2.docusign.net

# HOME IMPROVEMENT
# LOAN AGREEMENT AND PROMISSORY NOTE

Home Improvement Loan Agreement Number: ☒               Date: 10/10/2023

| Merchant: | Name | Address | License/Registration No. |
|---|---|---|---|
| | SUNco | 150 Eileen Way, Suite 5, Syosset, NY 11791 | |

| Borrower: | Name | Principal Address |
|---|---|---|
| | Sheila Simmons | 145-04 Lakewood Avenue, Queens, NY 11435 |

Installation Address (if applicable and if different from Principal Address)

**DEFINITIONS:** As used in this Loan Agreement and Promissory Note ("Note"), "you" and "your" mean Borrower, and "we," "us" and "our" mean WebBank, Member FDIC ("WebBank"). "Merchant" means the Merchant identified above.

## FEDERAL TRUTH IN LENDING ACT ("TILA") DISCLOSURES

| ANNUAL PERCENTAGE RATE ("APR") (e) | FINANCE CHARGE (e) | Amount Financed (e) | Total of Payments (e) |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all scheduled payments |
| 7.24% (e) | $95,412.68 (e) | $72,100.00 (e) | $167,512.68 (e) |

Payment Schedule (e): You must make 299 (e) monthly payments of $558.38 (e) and then one final payment of $557.06 (e). We estimate that your first payment will be due on 11/15/2024 (e) and the final payment will be due on 10/15/2049 (e) (the "maturity date").

Security: You are giving a security interest in the personal property you are purchasing in this transaction and your rights concerning such personal property under any related agreement.

Late Fee: If any part of a payment is more than 15 days late, you will be charged a late charge of 5% of the amount due or $10, whichever is less (as permitted by law).

Prepayment: If you pay all or part of this loan early, you will not have to pay a penalty.

Contract Reference: See the remainder of this Note for any additional information about nonpayment, default, our right to accelerate maturity of this Note and prepayment rebates and penalties.

(e) means estimated.

**EXHIBIT D**

V3.10.2023