AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Multiple Summons Rider

*Sheila Simmons and Marie Lauture v. SUNco Capital, LLC; ATTYX, LLC; ATTYX, LLC d/b/a SUNco Capital and SUNco Solar; Solar Mosaic, LLC; WebBank; and Regions/Enerbank USA d/b/a EnerBank USA*

24-CV-7129

Defendant 1
SUNCo Capital, LLC
- Business Address: 150 Eileen Way, Suite #5, Syosset, NY 11791
- Address for Service of Process: c/o NYS Secretary of State, 99 Washington Ave., 6th Floor, Albany, NY 12231

Defendant 2
ATTYX, LLC
- Business Address: 150 Eileen Way, Suite #5, Syosset, NY, 11791
- Address for Service of Process: c/o Registered Agents Inc., 418 Broadway, Suite R, Albany, NY, 12207

Defendant 3
ATTYX, LLC d/b/a SUNco Capital and SUNco Solar
- Business Address: 150 Eileen Way, Suite #5, Syosset, NY, 11791
- Address for Service of Process: c/o Registered Agents Inc., 418 Broadway, Suite R, Albany, NY, 12207

Defendant 4
 Solar Mosaic, LLC
- Business Address: 601 12th Street, Suite 325, Oakland, CA, 94607
- Address for Service of Process: CT Corporation System, 28 Liberty Street, 42nd Floor, New York, NY, 10005

Defendant 5
WebBank
- Business Address: 215 South Street, Suite 1000, Salt Lake City, UT, 84111
- Address for Service of Process: c/o NYS Secretary of State, 99 Washington Ave., 6th Floor, Albany, NY, 12231; 215 South State Street, Suite 1000, Salt Lake City, UT, 84111

Defendant 6
Regions/Enerbank USA d/b/a EnerBank USA
- Business Address: 15 West South Temple, Suite 600, Salt Lake City, UT, 84101
- Address for Service of Process: Corporation Service Company, 80 State Street, Albany, NY, 12207