

DAVID A. LOGLISCI
PARTNER
DLOGLISCI@FORCHELLILAW.COM

September 24, 2025

VIA ECF

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re: Simmons and Lauture v. SUNco Capital, LLC, et al.
          Case No. 24-cv-07129-BMC

Dear Judge Cogan,

    This office represents defendants SUNco Capital, LLC and ATTYX, LLC. We write jointly with counsel for defendant WebBank.

    In light of today's letter from plaintiffs' counsel, this will confirm that all parties consent to a remote appearance on September 30, 2025.

    Further, in response to plaintiffs' inquiry regarding the order of witnesses on September 30, please note that defendants do not intend to call the plaintiffs as witnesses on defendants' cases in chief. Therefore, it is our understanding that plaintiffs will testify on September 30 as part of their own case in chief.

    Thank you for your consideration of this matter.

                                  Very truly yours,

                                  David A. Loglisci

cc: All counsel of record via ECF